IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LESLIE QUIGLEY,[1] | § | |
| | § | No. 226, 2021 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN19-05197 |
| SAMUEL WEST, | § | Petition No. 21-0839 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted:  November 22, 2021
Decided:  December 9, 2021

## **ORDER**

It appears to the Court that, on November 4, 2021, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why her appeal should not be dismissed for her failure to file an opening brief and appendix. Postal records show that the appellant received the notice to show cause on November 9, 2021. A timely response to the notice to show cause was due on or before November 19, 2021. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice